VIA EMAIL

May 12, 2026

Paul Ziriax
Chief State Election Official for the State of Oklahoma
2300 N. Lincoln Blvd, Room G28
State Capitol Building
Oklahoma City, OK 73105
Email: info@elections.ok.gov

**RE: Notice of Violation of National Voter Registration Act**

Dear Mr. Ziriax:

We received your response to our NVRA violation notice (April 20, 2026), denying us full access to the statewide voter registration list.

We respectfully disagree with your position that Oklahoma law does not conflict with the NVRA.

In November 2025, the United States Court of Appeals for the Tenth Circuit—which includes Oklahoma—held that New Mexico violated the NVRA by conditioning access to the state's voter roll on the requestor's promise to abide by state law use and dissemination restrictions. *Voter Reference Found., LLC v. Torrez*, 160 F.4th 1068, 1088 (10th Cir. 2025) ("By refusing to produce VRF's requested voter data per the Use Restrictions, we find that the State violated the NVRA."). Because these restrictions conflicted with the NVRA's purposes, the NVRA preempted them. *Id*. at 1089 ("[W]e affirm the district court's holding that the NVRA preempts the Use Restrictions and the Data Sharing Ban."). Implicit in this holding is the Court's recognition that state voter rolls are within the NVRA's scope. Indeed, the Court would not have reached the preemption question if the voter roll fell beyond the NVRA's reach.

Oklahoma is likewise placing restrictions on voter roll access. Only residents and certain political entities are granted full access to the state's voter roll. 26 O.S. § 7-103.2(B)(1)(a)-(d) (OSCN 2026). As in *Torrez*, this access restriction conflicts with the NVRA's purposes. It is likewise preempted and unenforceable.

For the reasons we explained in our previous letter, the State Election Board remains in violation of the NVRA.

While we would prefer to resolve this matter without court intervention, your current position leaves us with no choice but to pursue relief in federal court. Should your position change, please notify us immediately.

Sincerely,

Noel H. Johnson
Litigation Counsel
Public Interest Legal Foundation
njohnson@publicinterestlegal.org