**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-26-1440-HE |
| PAUL ZIRIAX, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's motion to dismiss [Doc. #13] is set for hearing (argument) on **Tuesday, November 10, 2026, at 10:00 a.m**. in Courtroom No. 501.

In addition to such other issues as may be raised by the motion, the parties should be prepared to address the nature of the practical problem, if any, involved in this case. More specifically, if an electronic copy of the desired statewide voter registration list must be made available, free of charge, to any bona fide resident of Oklahoma who is a citizen of the United States --- a class which includes millions of people --- and such residents may share the list with others so long as not for a commercial or advertising purpose or with a foreign entity, then why can't plaintiff access the list for its stated purposes through its local counsel or some other Oklahoma resident? Is there a real dispute here as to the nature of the plaintiff foundation or its intended use of the list, or is this just a lawsuit in search of a problem? *See* 26 Okla. Stat. § 7-103.2

**IT IS SO ORDERED**.

Dated this 26th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE